JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA EDRICK, an individual; <br><br> Plaintiff, <br><br> v. <br><br> AIR TAHITI NUI, a foreign corporation; <br><br> Defendant. | Case No.: 2:19-cv-01633-JFW-E <br><br> ORDER RE DISMISSAL OF COMPLAINT WITH PREJUDICE [PROPOSED] <br><br> Complaint Filed: March 15, 2019 |

The Court, having reviewing the Stipulation Re Dismissal With Prejudice between plaintiff Roberta Edrick and defendant Air Tahiti Nui by their attorneys of record.

IT IS HEREBY ORDERED:

Plaintiff's complaint is dismissed, in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party shall bear their own fees and costs of suit.

IT IS SO ORDERED.

DATED: February 26, 2020 _____
John F. Walter
United States District Judge

ORDER RE DISMISSAL OF COMPLAINT WITH PREJUDICE